Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 14-156RAJ |
| Plaintiff, | ) ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |
| vs. | ) ) | |
| WILLIAM BROOK, | ) ) | |
| Defendant. | ) ) | |

THE COURT having considered the unopposed motion of the parties to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering the continuance in this case and that the continuance is necessary to ensure effective trial preparation and that these factors outweigh the best interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

///

///

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL AND EXTEND PTM DUE DATE
(*William Brook*, CR 14-156RAJ)                    1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1   IT IS THEREFORE ORDERED that Defendant's unopposed motion to continue trial
2   date (Dkt. #26) is GRANTED.  The trial date in this matter is continued from October 27,
3   2014 to January 20, 2015 at 9:00 a.m.

4   IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall
5   be filed no later than December 5, 2014.

6   FURTHERMORE, IT IS ORDERED that the period of time from the date of this order
7   to the new trial date of January 20, 2015, shall be excludable time pursuant to the Speedy Trial
8   Act, 18 U.S.C. § 3161, *et seq*.

9   DATED this 24th day of September, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL AND EXTEND PTM DUE DATE
(*William Brook*, CR 14-156RAJ)          2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**