The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>WILLIAM BROOK,<br><br>            Defendant. | NO. CR14-156RAJ<br><br>ORDER TO SEAL DEFENDANT'S SENTENCING MEMORANDUM |

THIS MATTER has come before the undersigned on the motion of Defendant William Brook to file his Sentencing Memorandum and its attachments under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

It is hereby ORDERED that the Defendant's Motion to Seal (Dkt. #62) is GRANTED. The Defendant's sentencing memorandum filed under Dkt. #63 and the attachments filed under Dkt. 64, shall remain sealed.

DATED this 22nd day of May, 2015.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1